Gregory VAUGHN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

Nos. 2007–3206, 2007–3207.

United States Court of Appeals,
Federal Circuit.

June 27, 2007.

Gregory Vaughn, pro se.

Before NEWMAN, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
MAYER, Circuit Judge.

### ORDER

PER CURIAM.

The United States Postal Service re-
sponds to this court's order that directed
Gregory Vaughn to show cause why his
petitions for review should not be dis-
missed as untimely. Vaughn has not re-
sponded.

On January 31, 2007, the Merit Systems
Protection Board issued two decisions.
The United States Postal Service's re-
sponse demonstrates that the Board's deci-
sions were mailed to Vaughn and that he
received them on February 2 and 3, 2007.
The court received Vaughn's petitions for
review on April 10, 2007, or 66 days after
he received the Board's second decision.

A petition for review must be received
by this court "within 60 days after the date
the petitioner received notice of the final
order or decision of the Board." 5 U.S.C.
§ 7703(b)(1). This filing period is "statu-
tory, mandatory, [and] jurisdictional."
*Monzo v. Dept. of Transportation, Federal*

*Aviation Administration,* 735 F.2d 1335,
1336 (Fed.Cir.1984).

Because Vaughn's petitions for review
were received by the court on April 10,
2007, more than 60 days after he received
the Board's decisions, Vaughn's petitions
for review are untimely.

Accordingly,

IT IS ORDERED THAT:

(1) The petitions for review are dis-
missed.

(2) Each side shall bear its own costs.